1  Daniel T. McCloskey (SBN: 191944)
   mccloskeyd@gtlaw.com
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, California 94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508

5  Brian A. Carpenter (pro hac application pending)
   carpenterb@gtlaw.com
6  GREENBERG TRAURIG, LLP
   1200 Seventeenth Street, Suite 2400
7  Denver, CO 80202
   Telephone: (303) 572-6500
8  Facsimile: (303) 572-6540

9  Attorneys for Plaintiff
   Balanced Body, Inc.
10

11  **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

12  **SAN FRANCISCO DIVISION**

13  BALANCED BODY, INC., a California      Case No. CV 08 3880
    Corporation,
14                                          **APPLICATION FOR ADMISSION**
                                            **OF ATTORNEY BRIAN A.**
15                 Plaintiff;               **CARPENTER, PRO HAC VICE**

16  v.

17  APPLIED PRECISION TECHNOLOGY, LLC,
    an Indiana Limited Liability Company, d/b/a APT
18  Pilates,

19
                   Defendant.
20

21      Pursuant to Civil Local Rule 11-3, Brian A. Carpenter, an active member in good standing

22  of the Bar of the State of Texas and the Bar of the State of Colorado, hereby applies for admission

23  to practice in the United States District Court for the Northern District of California, *pro hac vice*,

24  representing plaintiff in the above-entitled action.

25      In support of this application, I certify under oath that:

26      (1)  I am an active member in good standing of the Bar of the State of Texas and the

27           Bar of the State of Colorado, as indicated above, and have also been admitted to

28

practice before the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Texas, and the United States District Court for the District of Colorado;

(2) I agree to abide by the Standards of Professional conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

(3) An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Daniel T. McCloskey
> Greenberg Traurig, LLP
> 1900 University Avenue, Fifth Floor
> East Palo Alto, California 94303
> Telephone: (650) 328-8500
> Facsimile: (650) 328-8508

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 13, 2008

*/s/ Brian A. Carpenter*
Brian A. Carpenter
Greenberg Traurig LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 572-6573
Facsimile: (303) 572-6540
Email: carpenterb@gtlaw.com