1  Daniel T. McCloskey (SBN: 191944)
mccloskeyd@gtlaw.com
2  GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
3  East Palo Alto, California  94303
Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508

5  Brian A. Carpenter (*pro hac application pending*)
carpenterb@gtlaw.com
6  GREENBERG TRAURIG, LLP
1200 Seventeenth Street, Suite 2400
7  Denver, CO  80202
Telephone:  (303) 572-6500
8  Facsimile:  (303) 572-6540

9  Attorneys for Plaintiff
Balanced Body, Inc.

10

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                    **SAN FRANCISCO DIVISION**

15

16  BALANCED BODY, INC., a California        Case No. C 08-03880 JCS
Corporation,
17                                           **[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION
18              Plaintiff;                   OF ATTORNEY BRIAN A.
CARPENTER, PRO HAC VICE**
19  v.

20  APPLIED PRECISION TECHNOLOGY, LLC,
an Indiana Limited Liability Company, d/b/a APT
21  Pilates,

22              Defendant.

23

24      Brian A. Carpenter, an active member in good standing of the Bar of the State of Texas

25  and the Bar of the State of Colorado, having applied in the above-entitled action for admission to

26  practice in the United States District Court for the Northern District of California, *pro hac vice*,

27  representing plaintiff in the above-entitled action,

28

1
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY BRIAN A. CARPENTER, PRO HAC VICE
*DEN 96,692,421v1 8-12-08*

1      **IT IS HEREBY ORDERED THAT** the application is granted, subject to terms and

2   conditions of Civil Local Rule 11-3.  All papers filed by Mr. Carpenter must indicate his

3   appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated

4   in the application will constitute notice to the party.  All future filings in this action are subject to

5   the requirements contained in General Order No. 45, Electronic Case Filing.

6

7   Dated: _____            _____

8                                              United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY BRIAN A. CARPENTER, PRO HAC VICE
*DEN 96,692,421v1 8-12-08*