1  Daniel T. McCloskey (SBN: 191944)
   mccloskeyd@gtlaw.com
2  GREENBERG TAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, California  94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508

5  Brian A. Carpenter *(pro hac application pending)*
   carpenterb@gtlaw.com
6  GREENBERG TRAURIG, LLP
   1200 Seventeenth Street, Suite 2400
7  Denver, CO  80202
   Telephone:  (303) 572-6500
8  Facsimile:  (303) 572-6540

9  Attorneys for Plaintiff
   Balanced Body, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BALANCED BODY, INC., a California Corporation,<br><br>                    Plaintiff;<br><br>v.<br><br>APPLIED PRECISION TECHNOLOGY, LLC, an Indiana Limited Liability Company, d/b/a APT Pilates,<br><br>                    Defendant. | Case No. C 08-03880 JCS<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY BRIAN A. CARPENTER, PRO HAC VICE** |

Brian A. Carpenter, an active member in good standing of the Bar of the State of Texas and the Bar of the State of Colorado, having applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California, *pro hac vice*, representing plaintiff in the above-entitled action,

1

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY BRIAN A. CARPENTER, PRO HAC VICE
*DEN 96,692,421v1 8-12-08*

1    **IT IS HEREBY ORDERED THAT** the application is granted, subject to terms and
2    conditions of Civil Local Rule 11-3.  All papers filed by Mr. Carpenter must indicate his
3    appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
4    in the application will constitute notice to the party.  All future filings in this action are subject to
5    the requirements contained in General Order No. 45, Electronic Case Filing.

7    Dated:  8/21/08



United States ... rt

2

[Proposed] Order Granting Application For Admission Of Attorney Brian A. Carpenter, Pro Hac Vice
*DEN 96,692,421v1 8-12-08*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALANCED BODY INC, | Case Number: CV08-03880 JCS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| APPLIED PRECISION TECHNOLOGY et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian A. Carpenter
Greenberg Traurig LLP
1200 Seventeenth Street
Suite 2400
Denver, CO 80202

Dated: August 22, 2008

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk