**United States District Court**
For the Northern District of California

1
2
3
4                       UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6   BALANCED BODY INC,                        No. C-08-03880 JCS
7            Plaintiff(s),                    NOTICE OF IMPENDING
                                              REASSIGNMENT TO A UNITED
8       v.                                    STATES DISTRICT COURT JUDGE
9   APPLIED PRECISION TECHNOLOGY,
10           Defendant(s).
    _____/
11
12          The Clerk of this Court will now randomly reassign this case to a United States District
13   Judge because either:
14          [X]  One or more of the parties has requested reassignment to a United States District Judge
15   or has not consented to the jurisdiction of a United States Magistrate Judge, or
16          [] One or more of the parties has sought a type of judicial action (e.g., a temporary
17   restraining order) that a United States Magistrate Judge may not take without the consent of all
18   parties, the necessary consents have not been secured, and time is of the essence.
19          ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE
20   SPERO ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE
21   JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED..
22
23   Dated:  August 26, 2008
24                                            Richard W. Wieking, Clerk
                                              United States District Court
25
                                              By: Karen L. Hom
26                                            Deputy Clerk
27   cc: Intake
28