**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**August 26, 2008**

**CASE NUMBER:  CV 08-03880 JCS**
**CASE TITLE:  BALANCED BODY INC-v-APPLIED PRECISION TECHNOLOGY**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW (HRL)**

immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/26/08

FOR THE EXECUTIVE COMMITTEE:

_____  
*Richard W. Wieking*  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects  
Log Book Noted                               Entered in Computer 8/26/08 ha

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel                      Transferor CSA