1  Daniel T. McCloskey (SBN: 191944)
   mccloskeyd@gtlaw.com
2  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
3  East Palo Alto, California  94303
   Telephone: (650) 328-8500
4  Facsimile: (650) 328-8508

5  Brian A. Carpenter *(admitted pro hac vice)*
   carpenterb@gtlaw.com
6  GREENBERG TRAURIG, LLP
   1200 Seventeenth Street, Suite 2400
7  Denver, CO  80202
   Telephone:  (303) 572-6500
8  Facsimile:  (303) 572-6540

9  Attorneys for Plaintiff
   Balanced Body, Inc.

**GRANTED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BALANCED BODY, INC., a California Corporation, <br><br> Plaintiff; <br><br> v. <br><br> APPLIED PRECISION TECHNOLOGY, LLC, an Indiana Limited Liability Company, d/b/a APT Pilates, <br><br> Defendant. | Case No. CV 08-3880 JW <br><br> **PLAINTIFF BALANCED BODY, INC.'S DISMISSAL WITHOUT PREJUDICE** |

- 1 -
PLAINTIFF BALANCED BODY, INC.'S DISMISSAL WITHOUT PREJUDICE;
CASE NO. CV 08-3880 JW

*DEN 96,759,379v1 12-9-08*

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Balanced Body, Inc.
2    hereby dismisses the present action, without prejudice.

4    Dated:  December 9, 2008                    GREENBERG TAURIG, LLP

6                                                By: /s/ Daniel T. McCloskey

7                                                Daniel T. McCloskey
                                                 1900 University Avenue, 5th Floor
8                                                East Palo Alto, CA 94303
                                                 Telephone:  (650) 328-8500
9                                                Facsimile:   (650) 328-8508

10                                               Brian A. Carpenter (admitted pro hac vice)
                                                 carpenterb@gtlaw.com
11                                               GREENBERG TAURIG, LLP
                                                 1200 Seventeenth Street, Suite 2400
12                                               Denver, CO  80202
                                                 Telephone:  (303) 572-6500
13                                               Facsimile:  (303) 572-6540

                                                 **Attorneys for Plaintiff, Balanced Body,**
15                                               **Inc.**

17   **IT IS SO ORDERED:**

18   The Court GRANTS the DISMISSAL without prejudice. The Court terminates all pending
19   deadlines, hearings and motions.  The Clerk shall close this file.

21   Dated:  December 10, 2008                   _____
                                                 United States District Court